ACCEPTED
06-15-00029-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/5/2015 5:35:40 PM
DEBBIE AUTREY
CLERK

**Appellate Docket Number:** **06-15-00029-CR**
**Appellate Case Style:** **James David Haynes, Jr. vs. The State of Texas**

### DOCKETING STATEMENT (CRIMINAL)
#### Sixth Court of Appeals
**[to be filed in the court of appeals upon perfection of appeal under TRAP 32]**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/5/2015 5:35:40 PM
DEBBIE AUTREY
Clerk

**I.      Parties (TRAP 32.2(a)):**

| Appellant (or Appellee, if State is appealing): | Co-defendant(s): |
|---|---|
| James David Haynes, Jr. | |
| (*See* note at bottom of page) | |

| Trial Attorney: | Appellate Attorney: |
|---|---|
| Clyde Lee | Jason Horton |
| | Appointed ☑      Retained ☐ |
| | If appointed, was a hearing on indigency held? Yes ☑          No ☐ |
| Appointed ☐      Retained ☑ | |

| Address: | Address: |
|---|---|
| 515 W. 6th Street Texarkana, Texas 75501 | Jason Horton Law Firm 114 Broad Street Texarkana, Texas 75501 |

| Telephone:   903-701-1059 (include area code) | Telephone:  903-792-2000 (include area code) |
|---|---|
| Telecopy:   903-794-7820 (include area code) | Telecopy:   903-792-2100 (include area code) |
| SBN:   1211330 | SBN:   24041130 |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and telecopy number.

HOU05:76691.1

| II. | Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)): |
|---|---|

| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>November 21, 2014<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br>Mailed: February 9, 2015<br>Filed: February 11, 2015<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
|---|---|
| Offense charged:<br><br>Aggravated Sexual Assault of Child (3 Counts)<br><br><br><br>Date of offense:<br><br>July 21, 2013<br><br><br><br>Defendant's plea:<br><br>Not Guilty<br><br><br>If guilty plea, does Defendant have the trial court's permission to appeal?<br><br>Yes ☐     No ☐<br><br><br><br>Was the trial jury or nonjury?<br><br>   Guilt or innocence phase:<br><br>     Jury ☑      Nonjury ☐<br><br>   Punishment phase:<br><br>     Jury ☑      Nonjury ☐ | Punishment assessed:<br>Life (3 Counts, to run concurrently)<br><br>Is the appeal from a pretrial order?<br><br>     Yes ☐      No ☑<br><br>If yes, please specify.<br><br><br><br><br><br>Does the appeal raise jurisdictional issues in the trial court?      Yes ☐      No ☑<br><br>If yes, please specify.<br><br><br><br><br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>     Yes ☐      No ☑<br><br>If yes, please specify.<br><br><br><br>Will you challenge this Court's jurisdiction? If yes, explain. |

| III. | Actions Extending Time To Perfect Appeal (TRAP 32.2(e)): | |
|---|---|---|
| | **Filed** | |

| Action | Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No ☐ | Yes ☑ | 12/23/14 |
| Motion in Arrest of Judgment | No ☐ | Yes ☐ | |
| Other (specify): | No ☐ | Yes ☐ | |

**IV. Indigency Of Party (TRAP 32.2(n)):** (Attach file-stamped copy of motion and affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No ☑ | Yes ☐ | | |
| Date of hearing: | | | | X |
| Date of order: | | | | X |
| Ruling on motion:<br>Granted ☐   Denied ☐ | | | | X |

**V. Trial Court And Record (TRAP 32.2(c), (l), (m)):**

| Court:<br><br>5th Judicial District | County:<br><br>Bowie | Trial Court Docket Number (Cause No.):<br><br>14F0359-005 |
|---|---|---|

| Trial Judge (who tried or disposed of case):<br><br>Honorable Ralph K. Burgess | Court Clerk (district clerk):<br><br>Billy Fox |
|---|---|

| Clerk's Record<br><br>Yes  ☑ | Will request  ☐<br><br>(Note: No request required under TRAP 34.5(a), (b)) | Was requested on:<br><br>February 9, 2015 |
|---|---|---|

| Court Reporter or Court Recorder: | Court Reporter or Court Recorder: |
|---|---|
| Leslie Bates | |
| Telephone Number: 903-628-6781 (include area code) | Telephone Number: (include area code) |
| Telecopy Number: 903-547-3120 (include area code) | Telecopy Number: (include area code) |
| Address: | Address: |
| P.O. Box 1721 Hooks, Texas 75561-1721 | |

(Attach additional sheet if necessary for additional court reporters/recorders)

| | State arrangements made for payment of court reporter/recorder: | | |
|---|---|---|---|
| Reporter's or Recorder's Record (check if electronic recording ☐) | None ☐ | Will request ☐ | Was requested on: February 9, 2015 |

**VI.** **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**VII.** Any other information requested by the court (see attachments, if any).

**VIII.** **Signature:**

Date: 3/4/15

Signature of counsel
(or pro se party)

State Bar No.: 24041130

Printed Name: Jason Horton

**IX.** **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 4, 2015.

Jerry Rochelle
Bowie County District Attorney
601 Main Street
Texarkana, Texas 75501

_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)     the date and manner of service;
(2)     the name and address of each person served; and
(3)     if the person served is a party's attorney, the name of the party represented by that attorney.

NO: **14F0359-005**

2015 FEB -9 AM 10: 02

DISTRICT CLERK BOWIE CO. TX.

DEPUTY

THE STATE OF TEXAS

IN THE DISTRICT COURT

VS.

OF

Haynes
JAMES DAVID ~~HAYES~~

BOWIE COUNTY, TEXAS

## ORDER APPOINTING ATTORNEY ON APPEAL

On this the **5TH** day of **February, 2015**, it is **ORDERED** that

_____Jason Horton_____, practicing attorney of this Court, be and he is

hereby appointed to represent the Defendant in the above referenced Cause for the

purpose of **APPEAL.**

SIGNED AND ENTERED this _5th_ day of _February_, 2015.

_____
JUDGE PRESIDING